JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| CORY KRANE, an individual,<br><br>　　　　Plaintiff,<br><br>v.<br><br>ORACLE CORPORATION; PEOPLESOFT, INC.; Group Short Term Disability, Long Term Disability, Life and Supplemental Life Plan for employees of PEOPLESOFT, INC.; and DOES 1-10, inclusive,,<br><br>　　　　Defendants. | Case No.  SACV 07-152 DOC (MLGx)<br><br>**ORDER FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE** |

Upon consideration of the parties' stipulation, IT IS ORDERED that the above-referenced action be dismissed with prejudice, with the parties to bear their own separate expenses, costs, and attorneys' fees.

Dated:  May 5, 2008

*David O. Carter*
United States District Judge